**IT IS SO ORDERED.**

**SIGNED THIS: February 16, 2010**

_____
**MARY P. GORMAN**
**UNITED STATES BANKRUPTCY JUDGE**
_____

```
            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE: DEBBIE SUE DRAKE         )
                                )
Wells Fargo Bank, N.A.,         )
        Creditor,               )
                                )
   vs.                          ) CASE NO. 09-73692
                                ) JUDGE MARY P. GORMAN
DEBBIE SUE DRAKE,               )
        Debtor(s)               )
```

                          **ORDER MODIFYING STAY**

THIS CAUSE COMING ON TO BE HEARD on the motion of Wells Fargo Bank, N.A., a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

   IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Wells Fargo Bank, N.A. and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 205 Ave De La Emerald, Sparks, NV.

    Bankruptcy Rule 4001 (a)(3) is waived and not applicable.
    Any Claims and/or Stipulations filed by this Creditor are vacated.

    Debtor shall not be responsible for any personal deficiency that remains on this debt.


Pierce and Associates, P.C.
Attorneys for Creditor
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
312-346-9088
PA No: 10-0309

                                   ###